No. 557. PAN AMERICAN PETROLEUM & TRANSPORT Co. *v.* SEABOARD AIR LINE RAILROAD Co.  C. A. 5th Cir. Certiorari denied.  *T. M. Cunningham* and *A. R. Lawton* for petitioner.  *E. Ormonde Hunter* for respondent.

No. 560. LOVE TRACTOR, INC. *v.* CONTINENTAL FARM EQUIPMENT Co., INC.  C. A. 8th Cir.  Certiorari denied. *Eugene C. Knoblock* for petitioner.  *I. Joseph Farley* for respondent.

No. 561. RUPERT *v.* EMPIRE DISTRICT ELECTRIC Co. C. A. 8th Cir.  Certiorari denied.  *William G. Boatright* for petitioner.  *Wilbur H. Hecht* for respondent.

No. 562. SPRING PACKING CORP. *v.* NATIONAL WASTE Co., INC.  C. A. 7th Cir.  Certiorari denied.  *Stephen A. Mitchell, Charles J. Merriam* and *William I. Conway* for petitioner.  *Bartholomew A. Diggins* and *Jack I. Levy* for respondent.

No. 564. MILWAUKEE TOWNE CORP. *v.* LOEW'S INC. ET AL.  C. A. 7th Cir.  Certiorari denied.  *Thomas C. McConnell* and *Hubert Van Hook* for petitioner.  *Miles G. Seeley* for Loew's Incorporated, *Edward R. Johnston* for Paramount Pictures, Inc., *Francis E. Matthews* for Twentieth Century-Fox Film Corporation, and *Vincent O'Brien* for Warner Bros. Pictures Distributing Corporation et al., respondents.

No. 569. MILES SHOES INC. *v.* R. H. MACY & Co., INC.  C. A. 2d Cir.  Certiorari denied.  *Eugene Eisenmann* for petitioner.  *Francis C. Browne, William E. Schuyler, Jr.* and *Andrew B. Beveridge* for respondent.